JUDGE ROBERT S. LASNIK
MAGISTRATE JUDGE MONICA J. BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GIAP VAN LE,<br>A 23-898-935,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>　　　　Respondents. | NO. C05-1992-RSL(MJB)<br><br>ORDER ON STIPULATION FOR DISMISSAL |

THE PARTIES having stipulated and agreed that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 28th day of February, 2006.

　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　United States District Judge

ORDER ON STIPULATION TO DISMISS
(Giap Van Le v. Gonzales, C05-1992-RSL(MJB)) -1-

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  Recommended for Entry

2  this 23rd day of February, 2006.

3

4

   /s/Monica J. Benton

5  MONICA J. BENTON
United States Magistrate Judge

6

7

8  Presented by

9  s/   Jay W. Stansell,
WSBA # 18752

10  Attorney for Giap Van Le
Federal Public Defender

11  1601 Fifth Avenue, Suite 700
Seattle WA 98101

12  206/553-1100 voice
206/553-0120 facsimile

13  Jay_Stansell@fd.org

14

15

     /s/ Priscilla T. Chan

16  Priscilla T. Chan, WSBA #28533
Assistant United States Attorney

17  Western District of Washington
United States Attorney's Office

18  700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

19  phone:206-553-7970
fax:  206-552-4073

20  email:  Priscilla.Chan@usdoj.gov

21

22

23

24

25

26

ORDER ON STIPULATION TO DISMISS
(Giap Van Le v. Gonzales, C05-1992-RSL(MJB)) -2-

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100